**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| KATHRYN JOY, </br> **Plaintiff** </br> </br> v </br> </br> ATLANTIC COLLECTION AGENCY, </br> **Defendant** | ) </br> ) </br> ) </br> ) </br> ) Case No.: 3:15-cv-01639-AVC </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: October 14, 2016               */s/* Angela K. Troccoli
                                                          Angela K. Troccoli, Esquire, ct28597
                                                          Kimmel & Silverman, P.C.
                                                          *The New England Office*
                                                          136 Main Street, Suite 301
                                                          Danielson, CT 06239
                                                          atroccoli@creditlaw.com
                                                          Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of October, 2016, a true and correct copy of the foregoing pleading served via mail to the below:

Atlantic Collection Agency, Inc.
194 Boston Post Road
East Lyme CT 06333

*/s/ Angela K. Troccoli*
Angela K. Troccoli, Esquire